UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN HAYES,<br><br>*Plaintiff,*<br><br>v.<br><br>CITY OF TORRINGTON, ET AL<br><br>*Defendant*s. | Civil Action No.<br><br>3:02 CV 1542 (MRK)<br><br>November 5, 2003 |

## MOTION TO AMEND SCHEDULING ORDER

Pursuant to Fed.R.Civ.P. 15, 26, 37 and D.Conn.L.R. 7, 37, the defendants, JAYE GIAMPAOLO and JOHN B. FIELD, JR., hereby move for an order amending the Court's scheduling order dated September 18, 2003 because the plaintiff's dilatory actions ignoring written discovery and failing to attend his own deposition will prevent the parties from completing discovery in the time allotted.

The defendants seek to modify the Court's September 18, 2003 Order as follows:

- Discovery should be extended from December 1, 2003 to **January 2, 2003**; and

- Deadline for Dispositive Motion should be extended from January 2, 2003 until **February 15, 2003.**

In support of this Motion, the defendants offer as follows:

1. On September 18, 2003, all counsel for the parties attended a status conference before the Court;

2. During the September 18, 2003 conference, the Court entered orders concerning discovery and dispositive motions (see Exhibit A);

3. Specifically, the Court order all discovery completed by December 1, 2003;

4. Thereafter, on September 22, 2003, the defendants served written discovery upon the plaintiff through his counsel;

5. Pursuant to Rule, the plaintiff's responses would have been due no later than October 25, 2003;

6. On September 27, 2003, the plaintiff moved for a 60-day extension of time in addition to the 30 days already allowed for responses;

7. On October 2, 2003, the Court denied that motion (see Exhibit B);

8. Thereafter, on September 29, 2003, the defendants noticed the deposition of the plaintiff for November 4, 2003 (see Exhibit C);

9. As of November 3, 2003, no responses have been received from the plaintiff and no objections have been interposed by the plaintiff;

10. On November 3, 2003, the undersigned counsel telephoned counsel for the plaintiff in order to ascertain whether the discovery responses would be forthcoming;

11. Counsel for the plaintiff stated the responses were not complete;

12. On November 4, 2003, neither the plaintiff nor his counsel appeared at his deposition;

13. The undersigned counsel received a facsimile from the plaintiff's counsel attempting to explain the unilateral cancellation;

- 3 -

14. The subject arbitration was not discussed during the telephone call between the undersigned counsel and Attorney Engstrom.

15. The unilateral cancellation was without justification and caused Attorney Vasko, Attorney Epstein and Attorney Radshaw to incur unnecessary expenses.

Knowing that discovery was set to conclude on December 1, 2003, knowing that the upcoming Thanksgiving Holiday makes scheduling difficult, having this deposition scheduled for more than 30 days and having the plaintiff not appear, the defendants are concerned that the demonstrated lack of cooperation on the part of the plaintiff will prevent the defendants from completing the discovery in the time allotted. Accordingly, it is appropriate for the Court to amend the scheduling order as set forth above.

The undersigned counsel is authorized to represent that Attorneys Epstein and Vasko, counsel for the remaining defendants, concur and endorse the granting of this Motion.

The undersigned counsel has inquired of Attorney Engstrom, the opposing counsel, and despite diligent efforts, I cannot ascertain her position on this Motion.

WHEREFORE, the defendants pray their Motion to Amend the Scheduling Order is granted.

                    THE DEFENDANTS,
                    JAYE GIAMPAOLO and JOHN B.
                    FIELD, JR.

/s/ John J. Radshaw, III
John J. Radshaw, III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)
jradshaw@hl-law.com

## CERTIFICATION

I hereby certify that on November 6, 2003, a copy of foregoing was served by U.S. Mail, postage pre-paid to all *pro se* parties and counsel of record.

Norman A. Pattis, Esquire
Christy Doyle, Esquire
WILLIAMS & PATTIS, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

Constance L. Epstein, Esquire
Jack G. Steigelfest, Esquire
HOWARD, KOHN, SPRAGUE &
FITZGERALD, LLP
237 Buckingham Street
Post Office Box 261798
Hartford, CT 06126-1798

Albert Vasko, Esquire
Corporation Counsel
CITY OF TORRINGTON
140 Main Street
Torrington, CT 06790

/s/ John J. Radshaw, III
John J. Radshaw, III

- 4 -

DEFENDANT'S EXHIBIT 1 HP 11/4/03

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN HAYES | NO.: 3:02CV01542 (CFD) |
| v. | |
| CITY OF TORRINGTON, JAMES POTTER, CAROLANN KENNEDY, THOMAS TELMAN, ROBERT ZORDAN, KENNETH FUCHSMAN, CHRISTOPHER JANCO, JAYE GIAMPAOLO AND JOHN B. FIELD, JR. | SEPTEMBER 25, 2003 |

### NOTICE OF DEPOSITION

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that at 10:00 a.m. on Tuesday, the 4th day of November, 2003, at the law offices of HOWD & LUDORF, 65 Wethersfield Avenue, Hartford, CT, the defendants, JAYE GIAMPAOLO AND JOHN B. FIELD, JR., will take the deposition of the plaintiff, KEVIN HAYES, upon oral examination pursuant to the Federal Rules of Civil Procedure, before Niziankiewicz & Miller, a notary public, or before some other officer authorized by law to administer oaths.

The oral examination shall continue from day to day until completed. You are invited to attend and cross-examine.

# Exhibit A

DEFENDANTS,
JAYE GIAMPAOLO AND
JOHN B. FIELD, JR.

By_____
John J. Radshaw, III,
ct19882
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)
E-mail: jradshaw@hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via certified/return receipt to the following counsel of record this 25th day of September 2003.

John R. Williams, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

Constance L. Epstein, Esquire
Jack G. Steigelfest, Esquire
Howard, Kohn, Sprague & FitzGerald
237 Buckingham Street
Hartford, CT 06106

Albert G. Vasko, Esquire
140 Main Street
Torrington, CT 06790

_____
John J. Radshaw, III

2



**DEFENDANT'S EXHIBIT**
2
11/4/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| Hayes | : | |
| | : | |
| Plaintiff, | : | NO.   3:02cv1542 (MRK) |
| | : | |
| v. | : | |
| | : | |
| City of Torrington, et al | : | |
| | : | |
| Defendants. | : | |

## ORDER

The parties having conferred with the Court on September 18, 2003 regarding the above-captioned case, the following changes to the existing scheduling order are ordered:

1. Discovery will close on December 1, 2003;

2. Dispositive motions will be filed by January 2, 2004;

3. The Joint Trial Memorandum will be filed, pursuant to the District of Connecticut's Standing Order on Trial Memoranda in Civil Cases, within sixty days of this Court's ruling on any outstanding motions.

IT IS SO ORDERED.

_____
Mark R. Kravitz, U.S.D.J.

Dated at New Haven, Connecticut: September 18, 2003

## Exhibit B

FILED SEP 29 10 12 AM '03

RECEIVED OCT - 6 2003 BY:_____

UNITED STATES DISTRICT COURT
NEW HAVEN, CONN.

DISTRICT OF CONNECTICUT

DEFENDANT'S EXHIBIT 3

| | |
|---|---|
| KEVIN HAYES | : |
| VS. | : NO. 3:02CV01542(MRK) |
| CITY OF TORRINGTON, ET AL. | : SEPTEMBER 27, 2003 |

### PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

Pursuant to Local Rule 7(b), the plaintiff respectfully requests an extension of time of sixty (60) days, up to and including December 22, 2003, to comply with defendants' interrogatories and requests for production dated September 22, 2003.

In support of this motion, the plaintiff represents as follows:

1. He was served with defendants' interrogatories and requests for production on or about September 24, 2003.

2. Counsel is in the process of ascertaining responses to such requests and needs the additional time to comply with defendants' requests.

3. Defendants' attorney was contacted by this office and represents that he objects to the granting of this request.

[Handwritten margin note:] DENIED. The parties agreed on September 18, 2003 to complete discovery by December 1, 2003, as this rule is inconsistent with the FRCP rules established jointly at that conference. So ordered. [signed] MRK USDJ 10/21/03

Exhibit C

# WILLIAMS and PATTIS, LLC

John R. Williams
Norman A. Pattis
Katrena Engstrom
Timothy J. Mahoney
Christy H. Doyle
Elizabeth Brooks

51 Elm Street, Suite 40
New Haven, CT 06510

**DEFENDANT'S EXHIBIT 4  HP 11/4/03**

(203) 562-9931
Facsimile: (203) 776-9494

To: JOHN RADSHAW                      Date: 11/3/03

From: KATRENA ENGSTROM               Total Number of Pages: 1
                                      (including cover sheet)

Fax No.: 860-249-7665

---

Atty. Radshaw:

I left two phone messages for you Monday at about 6 PM.
On Tuesday, 11/4/03, Kevin Hayes has a hearing at the Board of Mediation and Arbitration which begins at 10 AM, probably will go several hours.

He is available next week, 11/11-13. I would request that we begin at 11 AM because he is working nights next week.

We may be able to send you draft responses to interrogatories this week, and he is sending documents to our office tomorrow.

I apologize for this mix-up. We did not have a home telephone number for him, and he told me that he had not received our letter notifying him about the deposition- (9/29/03 letter). Please call me. Kit Engstrom

---

If you do not receive all pages being sent, please call the sender as soon as possible at (203) 562-9931.

Information contained in this communication is legally privileged and/or confidential information which is intended only for use of the individual or entity named above. If the reader of this communication is not the intended recipient (or the agent or employee responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original communication to us at the address set forth above via the U.S. Postal Service. Thank you.

Exhibit D