UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN HAYES,<br><br>                      *Plaintiff,*<br><br>v.<br><br>CITY OF TORRINGTON, ET AL<br><br>                      *Defendant*s. | Civil Action No.<br><br>3:02 CV 1542 (MRK)<br><br><br><br>November 5, 2003 |

**MOTION TO COMPEL DISCLOSURE**

Pursuant to Fed.R.Civ.P. 37(d) and D.Conn.L.R. 37, the defendants, JAYE GIAMPAOLO and JOHN B. FIELD, JR., hereby move for an order compelling the plaintiff's responses to the defendants' First Set of Interrogatories and Requests for Production dated September 22, 2003. More than thirty days have passed since service of discovery upon the plaintiff and no responses have been received.

For the plaintiff's failure to timely response to written discovery, the defendants seek the following orders:

- That the plaintiff, fully and completely, respond to the defendants' written discovery so that said responses are received by the undersigned counsel at his office by 12:00 noon, Friday, November 14, 2003 without objection; and

- 2 -

- That the defendants are awarded their attorney's fees and costs for the prosecution of this Motion.

As required by D.Conn.L.R. 37(a)(3), the defendants have submitted the memorandum of law required by D.Conn.L.R. 7(a)1 with exhibits. The undersigned counsel has attached an affidavit required by D.Conn.L.R. 37 concerning his efforts to resolve this dispute.

.   WHEREFORE, the defendants pray their Motion to Compel Disclosure is granted.

> THE DEFENDANTS,
> JAYE GIAMPAOLO and JOHN B. FIELD, JR.
>
> /s/ John J. Radshaw, III
> John J. Radshaw, III, ct19882
> HOWD & LUDORF
> 65 Wethersfield Avenue
> Hartford, CT  06114
> (860) 249-1361
> (860) 249-7665 (fax)
> jradshaw@hl-law.com

- 3 -

## **CERTIFICATION**

      I hereby certify that on November 5, 2003, a copy of foregoing was served by U.S. Mail, postage pre-paid to all *pro se* parties and counsel of record.

| | |
|---|---|
| Norman A. Pattis, Esquire<br>Christy Doyle, Esquire<br>WILLIAMS & PATTIS, LLC<br>51 Elm Street, Suite 409<br>New Haven, CT  06510 | Constance L. Epstein, Esquire<br>Jack G. Steigelfest, Esquire<br>HOWARD, KOHN, SPRAGUE &<br>FITZGERALD, LLP<br>237 Buckingham Street<br>Post Office Box 261798<br>Hartford, CT 06126-1798<br><br>Albert Vasko, Esquire<br>Corporation Counsel<br>CITY OF TORRINGTON<br>140 Main Street<br>Torrington, CT 06790<br><br><br>/s/ John J. Radshaw, III<br>John J. Radshaw, III |