UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
NOV 10  12 09 PM '03
U.S. DISTRICT COURT
NEW HAVEN CT

KEVIN HAYES  :  3:02CV01542 (MRK)

VS.  :

CITY OF TORRINGTON, ET AL.  :

: NOVEMBER 7, 2003

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the PLAINTIFF, KEVIN HAYES.

November 7, 2003
Date

*[signature: Katrena Engstrom]*
KATRENA ENGSTROM
WILLIAMS AND PATTIS, LLC
51 Elm St.
New Haven, CT 06510

ct09444
Federal Bar Number

(203) 562.9931
Phone Number

(203) 776-9494
Fax Number

_____
E-mail address

### CERTIFICATE OF SERVICE

This is to certify that the forgoing Appearance was mailed on this date to the following:

Albert G. Vasko, Esq.
140 Main Street
Torrington, CT 06790

Jack G. Steigelfest, Esq.
Attorney Constance L. Epstein
Howard, Kohn, Sprague & FitzGerald
237 Buckingham Street
Hartford, CT 06106

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06116

*[signature]*
KATRENA ENGSTROM