UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Kevin Hayes,

        Plaintiff,     :     NO.   3:02cv1542 (MRK)

v.

City of Torrington, et al,

        Defendants.   :

## ORDER

Defendant Giampaolo and Field's Motion to Compel Disclosure [doc. #31] is DENIED as moot in light of Plaintiff's representation that he has since complied with all written discovery requests.

Defendant Giampaolo and Field's Motion to Amend Scheduling Order [doc. #30] is GRANTED as modified here. Discovery is extended to **January 2, 2004**. The deadline for dispositive motions is extended to **February 2, 2004**.

**Further extensions are unlikely to be granted.**

**If Plaintiff again fails to comply with a scheduling order of this Court or fails to show up at a scheduled deposition, this Court will consider sanctions including dismissal of the case.**

IT IS SO ORDERED.

Mark R. Kravitz, U.S.D.J.

Dated at New Haven, Connecticut: December 1, 2003