# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN HAYES, | |
| *Plaintiff,* | Civil Action No. |
| v. | 3:02 CV 1542 (MRK) |
| CITY OF TORRINGTON, ET AL | |
| *Defendants.* | December 22, 2003 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed.R.Civ.P. 56 and D.Conn.L.R. 56, the defendants, JAYE J. GIAMPAOLO and JOHN B. FIELD, JR., submit that no material facts are in dispute and move that summary judgment enter in their favor as to all allegations of the plaintiff's complaint.

In support of this Motion, the defendants offer as follows:

1. The plaintiff's allegation that his Procedural Due Process rights secured to him by the Fourteenth Amendment were violated by GIAMPAOLO and FIELD fails to state a claim upon which relief may be granted;

2. The plaintiff's allegation that his Equal Protection rights secured to him by the Fourteenth Amendment were violated by GIAMPAOLO and FIELD fails to state a claim upon which relief may be granted;

3. The plaintiff's claims do not implicate that clearly-established constitutional rights were violated;

4. The plaintiff does not have a property interest in promotion; and

5. The plaintiff's claims against GIAMPAOLO and FIELD are barred by the doctrine of qualified immunity.

**ORAL ARGUMENT REQUESTED**

- 2 -

As required by Local Rule, a memorandum of law and statement of material facts, supported by affidavits, exhibits and other admissible evidence, is filed herewith.

WHEREFORE, the defendants, JAYE J. GIAMPAOLO and JOHN B. FIELD, JR. pray that their Motion for Summary Judgment is granted.

THE DEFENDANTS,
JAYE GIAMPAOLO and JOHN B.
FIELD, JR.


/s/ John J. Radshaw, III
John J. Radshaw, III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)
jradshaw@hl-law.com

- 3 -

## CERTIFICATION

     I hereby certify that on December 22, 2003, a copy of foregoing was served by U.S. Mail, postage pre-paid to all *pro se* parties and counsel of record.

| | |
|---|---|
| Norman A. Pattis, Esquire<br>Christy Doyle, Esquire<br>WILLIAMS & PATTIS, LLC<br>51 Elm Street, Suite 409<br>New Haven, CT  06510 | Constance L. Epstein, Esquire<br>Jack G. Steigelfest, Esquire<br>HOWARD, KOHN, SPRAGUE &<br>FITZGERALD, LLP<br>237 Buckingham Street<br>Post Office Box 261798<br>Hartford, CT 06126-1798<br><br>Albert Vasko, Esquire<br>Corporation Counsel<br>CITY OF TORRINGTON<br>140 Main Street<br>Torrington, CT 06790 |

<u>/s/ John J. Radshaw, III</u>
John J. Radshaw, III