UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN HAYES, | : | |
| | : | |
| Plaintiff, | : | NO.  3:02cv1542 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CITY OF TORRINGTON, | | |
| JAMES POTTER, CAROLANN KENNEDY, | | |
| THOMAS TELMAN, ROBERT ZORDAN, | | |
| KENNETH FUCHSMAN, | | |
| CHRISTOPHER JANCO, JAYE GIAMPAOLO | | |
| JOHN B. FIELDS, JR. | | |
| Defendants. | | |

## **JUDGMENT**

This matter came on for consideration on defendants' Motions for Summary Judgment before the Honorable Mark R. Kravitz, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motions and on May 26, 2004, entered a Ruling on the defendants Motion for Summary Judgment granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 8th day of June, 2004.

KEVIN F.  ROWE, CLERK
By
/s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____

1