UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN HAYES | : | NO.: 3:02CV01542 (CFD) |
| | : | |
| v. | : | |
| | : | |
| CITY OF TORRINGTON, JAMES | : | |
| POTTER, CAROLANN KENNEDY, | : | |
| THOMAS TELMAN, ROBERT ZORDAN, | : | |
| KENNETH FUCHSMAN, CHRISTOPHER | : | |
| JANCO, JAYE GIAMPAOLO AND | : | |
| JOHN B. FIELD, JR. | : | JULY 9, 2004 |

## BILL OF COSTS

Pursuant to Local Rule 54(a), the defendants, JAYE GIAMPAOLO AND JOHN B. FIELD, JR., hereby submit its bill of costs in the above-captioned case. The Court entered judgment for the defendants on March 4, 2004, following a summary judgment ruling in favor of the defendants. A verification pursuant to 28 U.S.C. §1924 is attached hereto as **Exhibit A**.

A. Fees of the Court Reporter - D.Conn.L.Civ.R. 54(c)2(ii) (**Exhibit A1**)

    1. Deposition transcript of James Avallone and
John Smedick, Jr. on 6/19/03
($144.30 original (74 pages @ $1.95 per page)
+ $8.00 shipping & handling +$9.14 tax)=$161.44
(161.44/2 = $80.72 – depositions were taken
for companion case – McElroy v. City of Torrington,
and used in support of summary judgment

                                               Subtotal                $ 80.72

    2.      Deposition transcript of Kevin Hayes on 11/13/03
($518.00 original (148 pages @ $3.50, regular rate
per page) + $5.00 shipping & handling +$31.38 tax)   $   554.38

            Appearance fee ($75.00 + $4.50 tax)   $   79.50

            Subtotal   $   633.88

B.    Fee for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case - D.Conn.L.Civ.R. 54(c)3(iii). (**Exhibit A2**)

    1.      Copies of exhibits appended to successful Motion for Summary Judgment

            268 pages @ .15 = $40.20
            Drilling = 2Hp/3Hp @.10 = $2.68
            Taxes = $4.37
            Subtotal =   $   47.25

**TOTAL FEES REQUESTED:**    $761.85

          DEFENDANTS,
          JAYE GIAMPAOLO AND
          JOHN B. FIELD, JR.


          By/s/John J. Radshaw, III
             John J. Radshaw, III,  ct19882
             Howd & Ludorf
             65 Wethersfield Avenue
             Hartford, CT  06114
             (860) 249-1361
             (860) 249-7665 (fax)
             E-mail:  jradshaw@hl-law.com

3

**CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 9th day of July, 2004.

John R. Williams, Esquire
Christy H. Doyle, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Constance L. Epstein, Esquire
Jack G. Steigelfest, Esquire
Howard, Kohn, Sprague & FitzGerald
237 Buckingham Street
Hartford, CT 06106

Albert G. Vasko, Esquire
140 Main Street
Torrington, CT 06790

                                      /s/John J. Radshaw, III
                                      John J. Radshaw, III