**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT  06504
203-624-4157
1-800-824-4541



RECEIVED
JUL -7 2003

BY: ........................

HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD, CT 06114

ATTN: JOHN RADSHAW, III, ESQ.

*JOSEPH McELROY VS. CITY OF TORRINGTON*
*KEVIN HAYES VS. CITY OF TORRINGTON*

INVOICE NO.      12649
INVOICE DATE:    7/02/2003
REPORTER:
LEA PALOMBO

ID#: 06-0768608

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 6/19/2003 | DEPOSITIONS: JAMES AVALLONE (34) | 1.00 | | |
| | JOHN SMEDICK, JR. (40) | 1.00 | | |
| | PAGES, 1 COPY @ $1.95 | 74.00 | 1.95 | 144.30 |
| | ASCII DISK  (2 WITNESS) | 2.00 | 25.00 | 50.00 |
| | MINITRANSCRIPT @ $25.00 (2 WITNESS) | 2.00 | 25.00 | 50.00 |
| 7/02/2003 | DELIVERY | 1.00 | 8.00 | 8.00 |
| | SALES TAX | 1.00 | 15.14 | 15.14 |

Sub Total    267.44
Paid          0.00
Balance Due  267.44

**PLEASE RETURN ONE COPY WITH REMITTANCE**

CL _____  DATE _____
CODE  19294  CK  6113
TR  19294    F/B